20-1666
*Farhane v. United States*

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

**ORDER**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-four.

---

Abderrahmane Farhane,

*Petitioner-Appellant*,

v. 20-1666

United States of America,

*Respondent-Appellee*.

---

A poll having been conducted and a majority of the active judges of the Court having voted in favor of rehearing this appeal *en banc*, IT IS HEREBY ORDERED that this appeal be heard *en banc*. *See* Fed. R. App. P. 35(a). Scheduling information will be forthcoming.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe