# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-1666

**Caption [use short title]**

**Motion for:** Requesting En Banc Oral Argument Transcript

Set forth below precise, complete statement of relief sought:

Petitioner-Appellant moves to request a transcript of the en banc oral argument held on May 22, 2024 in this matter. This Court cited the en banc oral argument transcript in its October 31, 2024 en banc opinion (at 18, 19, 23, 25). Petitioner-Appellant respectfully requests the en banc oral argument transcript to maintain consistency with those citations in upcoming briefings and remand proceedings. No party will be prejudiced if this motion is granted.

Abderrahmane Farhane v. United States of America

**MOVING PARTY:** Abderrahmane Farhane   **OPPOSING PARTY:** United States of America

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alan Schoenfeld   **OPPOSING ATTORNEY:** Jun Xiang
[name of attorney, with firm, address, phone number and e-mail]

WILMER CUTLER PICKERING HALE AND DORR LLP   Assistant United States Attorney
7 World Trade Center 250 Greenwich Street New York, NY 10007   One St. Andrew's Plaza New York, New York 10007
(212) 230-8800 alan.schoenfeld@wilmerhale.com   (212) 637-2200 jun.xiang@usdoj.gov

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Judge Loretta A. Preska

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Alan Schoenfeld   **Date:** 2/20/25   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Abderrahmane Farhane,<br><br>    *Petitioner-Appellant*,<br><br>v.<br><br>United States of America,<br><br>    United States of America<br>    *Respondent-Appellee*. | Case No. 20-1666 |

**PETITIONER-APPELLANT ABDERRAHMANE FARHANE'S MOTION
TO REQUEST EN BANC ORAL ARGUMENT TRANSCRIPT**

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner-Appellant Abderrahmane Farhane moves to request a transcript of the en banc oral argument held on May 22, 2024 in this matter. Counsel for Petitioner-Appellant has conferred with counsel for Respondent-Appellee, the United States of America, who takes no position on the motion.

This Court cited the en banc oral argument transcript in its October 31, 2024 en banc opinion (at 18, 19, 23, 25). Petitioner-Appellant respectfully requests the en banc oral argument transcript to maintain consistency with those citations in upcoming briefings and remand proceedings. No party will be prejudiced if this motion is granted.

Respectfully submitted,

1

Dated: February 21, 2025        /s/ Alan E. Schoenfeld

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com

*and*

Ramzi Kassem
Naz Ahmad
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY  11101
(718) 340-4558
ramzi.kassem@law.cuny.edu

*Attorneys for Petitioner-Appellant*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 105 words, as determined by Microsoft Word for Microsoft 365, including the headings and footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f).  The brief also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because the text appears in 14-point Times New Roman, a proportionally spaced serif typeface.

*/s/ Alan E. Schoenfeld*  
Alan E. Schoenfeld